DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MICHAEL KAHANE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-1885

[September 9, 2015]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin and St. Lucie Counties; Elizabeth A. Metzger, Judge; L.T. Case Nos. 432007CF000128A; 562000CF003100A-VOP, 562000CF003844A-VOP; 562000CF003850AVOP; 562000CF003864A-VOP; 562007CF001756A; 562007CF003667A; 562007CF003668A; and 562007CF003924A.

Michael Kahane, Chipley, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Melynda L. Melear, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed. See Ibarra v. State*, 45 So. 3d 911 (Fla. 4th DCA 2010).

GROSS, GERBER and LEVINE, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***